# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

V.

ANMAR ALI ABDELHALIM ABUDAIEH

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:26-cr-9-MAS

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Signature of Judge

Matthew A. Stinnett — Name of Judge

Magistrate Judge — Title of Judge

9/28/2026 — Date

Print Document | Save As... | Export as FDF | Retrieve FDF File | Reset Document